UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SUSAN COMPETELLO, on behalf of herself and

Plaintiff(s),

- against -

PHARMACOPIA, INC., d/b/a PHARMACOPIA N

Defendant(s),
------------------------------------------------------------X

<u>  1:24  </u> Civ. <u>  04360  </u>(<u>PAE</u>)

**CLERK'S CERTIFICATE
OF DEFAULT**

I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on <u>June 7, 2024</u> with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) <u>PHARMACOPIA, INC., d/b/a PHARMACOPIA NAT</u> by personally serving <u>George Garrett - Deputy Secretary of State - California Secretary of Sta</u>, and proof of service was therefore filed on <u>June 25, 2024</u>, Doc. #(s) <u>5</u>.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

<u>                    </u>, 20<u>     </u>

TAMMI M. HELLWIG
Clerk of Court

By: <u>                                   </u>
Deputy Clerk