UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSAN COMPETELLO, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PHARMACOPIA INC. d/b/a PHARMACOPIA NATURAL BODY CARE, <br> Defendant, | Case No.: 1:24-cv-04360-PAE <br><br><br> **MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

  **PLEASE TAKE NOTICE** that Plaintiff Susan Competello, pursuant to Federal Rules of Civil Procedure 55(b) moves this Court for a default judgment and permanent injunction against Defendant PHARMACOPIA INC. d/b/a PHARMACOPIA NATURAL BODY CARE. The grounds for this motion are set forth in the accompanying Affirmation in Support and Memorandum of Law.

Dated: April 24, 2025
  New York, New York

               _____
               Arjeta Albani, Esq.
               Joseph & Norinsberg, LLC
               *Attorney for Plaintiff*
               110 East 59th Street, Suite 2300
               New York, NY 10022
               (212) 227-5700
               arjeta@norinsberglaw.com